THE GREENWICH INSURANCE COMPANY, Appellant, *v.* OGDENS-BURG POWER AND LIGHT COMPANY, Respondent.

*Greenwich Ins. Co.* v. *Ogdensburg Power & Light Co.*, 106 App. Div. 616, affirmed.

(Submitted December 20, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 15, 1905, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover an amount paid under a policy of fire insurance, by reason of a loss alleged to have been occasioned by defendant's negligence.

*John Notman* and *Georgs E. Van Kennen* for appellant.

*R. E. Waterman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.